# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DEBORAH JEAN HARRIS,**

  *Plaintiff,*

v.            Case No.: **4:19cv448-MW/HTC**

**ANDREW SAUL,**
**Commissioner of Social Security,**

  *Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 17. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "Judgment is entered in favor of Deborah Jean Harris. The Commissioner's decision is set aside, and the matter is remanded under Sentence Four of 42 U.S.C. § 405(g) for further proceedings." The Clerk shall close the file.

**SO ORDERED** on November 23, 2020.

            **s/Mark E. Walker**
            **Chief United States District Judge**